IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02324-LTB

KHALIFA IMAM MUHAMMAD MUSTAFA ABDULLAH,

    Plaintiff,

v.

BERBIL, Warden,
CHRIS, Captain,
RENGAL, Unit Man.,
BREAM, C.O., and
BLITNER, C.O.,

    Defendants.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 15, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of October, 2012.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/L. Gianelli
                            Deputy Clerk